UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                                          Case No.: 16-12419-RBR
                                                                                                Chapter 13
Albert Hernandez

_____Debtors_____/


### DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW**, the Debtor, Albert Hernandez, by and through his undersigned attorney, and files this Motion to Modify Chapter 13 Plan and in support would show as follows:

1. On February 22nd, 2016, the Debtor in the above-styled cause filed a Petition for Bankruptcy Relief under Chapter 13.

2. On July 27th, 2016 an Order Confirming Chapter 13 Plan was entered [DE: 35]

3. On October 3rd, 2016 Debtor agreed to a loan modification offer with BSI Financial Services as Servicer for Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC ('Lender").

4. Debtors hereby file the attached 1st Modified Plan to provide for the loan modification agreement.

5. The Modified Plan does not modify the rights of the holder of any secured claims or unsecured claims being dealt with under the plan.

WHEREFORE, Debtor respectfully requests this court to enter an Order Granting his Motion to Modify Chapter 13 Plan and any other relief this court deems proper.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail and/or U.S. Mail to the attached service list on this 17th day of October, 2016.

      I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

      **/s/ Charles Restrepo**
Charles Restrepo, Esq.
FBN.: 0794635
1327 SE 2nd Ave.
Fort Lauderdale, FL 33316
(954) 763-3301
Ecf@crpalaw.com

**The following parties were served via CM/ECF:**

- Robin R Weiner — ecf@ch13weiner.com; ecf2@ch13weiner.com
- Office of the US Trustee — USTPRegion21.MM.ECF@usdoj.gov
- Shaina M Druker on behalf of Creditor Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its trustee — FloridaBKLegal@brockandscott.com; FLBKECF@brockandscott.com; WBECF@brockandscott.com

**The following parties were via U.S. First Class Mail:**

- Christian McCue
  1600 S. Federal Hwy. #750
  Pompano Beach, FL 33062
- U.S. Bank National Association
  Bankruptcy Department
  P.O. Box 5229
  Cincinnati, OH 45201-5229
- Albert Hernandez
  4132 SW 52nd Street
  Dania Beach FL 33314
- Discover Products, Inc.
  P.O. Box 3025
  New Albany, OH 43054-3025
- BSI Financial Services
  7500 Old Georgetown Road
  Bethesda, MD 20814